# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CAROL LEVY,  :  No. 474 MAL 2016
  :
　　　　Petitioner  :
  :
  :  Petition for Allowance of Appeal from
  :  the Order of the Superior Court
　　　　v.  :
  :
  :
  :
ROBERT JOHNSON AND IMPERIAL  :
HOME INSPECTIONS, LLC,  :
  :
　　　　Respondents  :

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

　　Justice Mundy did not participate in the consideration or decision of this matter.